**Opinion issued August 11, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00276-CR

————————————

**DARVIN LAMONT EASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 13**
**Harris County, Texas**
**Trial Court Case No. 2263217**

---

## MEMORANDUM OPINION

Appellant, David Lamont Easter, has filed a motion to dismiss his appeal from

the trial court's judgment because the trial court granted appellant's motion for new

trial. The granting of a motion for new trial restores the case to its position before

the former trial and renders any appeal moot. *See* TEX. R. APP. P. 21.9(b); *Garcia v.*

*State*, No. 01-14-00298-CR, 2014 WL 3738051, at *1 (Tex. App.—Houston [1st Dist.] July 29, 2014, no pet.) (mem. op., not designated for publication).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).